# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Park, Michael H. | U.S. Court of Appeals, Second Circuit | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10019

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Consovoy McCarthy Park PLLC |
| 2. | Adjunct Professor | Antonin Scalia Law School, George Mason University |
| 3. | Trustee | Supreme Court Historical Society |
| 4. | Advisor | Operation Exodus Inner City |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Dechert LLP pension plan for partners (no contributions since withdrawal from firm in 2015) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Consovoy McCarthy Park PLLC, partnership income | $354,819.00 |
| 2. 2019 | George Mason University, teaching income | $45,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of Iowa (teaching income) |
| 2. 2019 | Columbia University (stipend) |
| 3. 2019 | Self-employed (writer) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason University | Dec 7-14, 2019 | Honolulu, HI | Judicial education program | Travel, lodging, meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Park, Michael H.** | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nelnet | Student loans | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Park, Michael H. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | A | Interest | M | T | | | | | |
| 3. Fidelity (Dechert Salary Savings Plan) - Russell 2040 Target Date Fund | | None | | | Sold | 08/02/19 | M | | |
| 4. Fidelity (Dechert Partner Pension Plans) - Vang Inst Tr 2040 | | None | | | Sold | 08/02/19 | L | | |
| 5. Brokerage Acct #1 (H) | | | | | | | | | |
| 6. Devel Markets Idx Admiral (VTMGX) | C | Dividend | M | T | Buy (add'l) | 05/31/19 | K | | |
| 7. | | | | | Sold (part) | 07/22/19 | K | D | |
| 8. Emerging Mkts Stk Idx Adm (VEMAX) | C | Dividend | M | T | Buy (add'l) | 05/31/19 | K | | |
| 9. | | | | | Sold (part) | 10/15/19 | K | C | |
| 10. Energy Fund Investor (VGENX) | B | Dividend | K | T | | | | | |
| 11. Growth Index Fund Adm (VIGAX) | B | Dividend | M | T | | | | | |
| 12. International Growth Adm (VWILX) | B | Dividend | M | T | | | | | |
| 13. Mid-Cap Index Fund Adm (VIMAX) | B | Dividend | M | T | Sold (part) | 09/30/19 | K | D | |
| 14. New York Muni Money Mkt (VYFXX) (cash equiv) | C | Dividend | O | T | | | | | |
| 15. Pacific Stock Index Adm (VPADX) | A | Dividend | K | T | | | | | |
| 16. Real Estate Index Admiral (VGSLX) | A | Dividend | K | T | | | | | |
| 17. Small-Cap Gr Idx Admiral (VSGAX) | A | Dividend | M | T | Buy (add'l) | 05/29/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Park, Michael H.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 09/30/19 | K | | |
| 19. Tot Intl Stock Ix Admiral (VTIAX) | D | Dividend | M | T | Buy (add'l) | 05/29/19 | K | | |
| 20. | | | | | Sold (part) | 09/19/19 | K | B | |
| 21. | | | | | Sold (part) | 11/25/19 | K | C | |
| 22. Value Index Fund Adm (VVIAX) | B | Dividend | | | Buy (add'l) | 05/31/19 | K | | |
| 23. | | | | | Sold | 11/01/19 | M | E | |
| 24. 500 Index Fund Adm (VFIAX) | D | Dividend | M | T | Buy (add'l) | 05/29/19 | K | | |
| 25. | | | | | Sold (part) | 07/23/19 | K | E | |
| 26. | | | | | Sold (part) | 09/16/19 | K | D | |
| 27. | | | | | Sold (part) | 11/12/19 | K | E | |
| 28. IRA #1 (H) | | | | | | | | | |
| 29. Capital Opportunity Adm (VHCAX) | A | Dividend | | | Sold | 11/01/19 | L | | |
| 30. Target Retirement 2040 (VFORX) | C | Dividend | M | T | Buy | 11/01/19 | M | | |
| 31. 500 Index Fund Adm (VFIAX) | A | Dividend | | | Sold | 11/01/19 | K | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. Federal Money Mkt Fund (VMFXX) (cash equiv) | A | Dividend | | | Open | 08/02/19 | M | | |
| 34. | | | | | Closed | 11/12/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Park, Michael H.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Target Retirement 2040 (VFORX) | D | Dividend | N | T | Buy | 11/12/19 | N | | |
| 36. 500 Index Fund Adm (VFIAX) | C | Dividend | | | Buy (add'l) | 08/06/19 | L | | |
| 37. | | | | | Sold (part) | 11/01/19 | M | | |
| 38. | | | | | Sold | 11/07/19 | M | | |
| 39. Brokerage Acct #2 (H) | | | | | | | | | |
| 40. AFLAC Inc (AFL) (Y) | | | | | | | | | |
| 41. AT&T (T) (Y) | | | | | | | | | |
| 42. Kellogg Company (K) (Y) | | | | | | | | | |
| 43. PepsiCo Inc (PEP) (Y) | | | | | | | | | |
| 44. Wells Fargo & Co (WFC) (Y) | | | | | | | | | |
| 45. Brokerage Acct #3 (H) | | | | | | | | | |
| 46. Diageo PLC (DEO) | A | Dividend | | | Sold | 07/24/19 | J | | |
| 47. Suntory Beverage & Food (STBFF) | A | Dividend | | | Sold | 07/24/19 | J | | |
| 48. 401k Acct #1 (H) | | | | | | | | | |
| 49. Vanguard Target Retirement 2040 | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Park, Michael H.** | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A., line 1: Pending final accounting.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Park**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544